UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARK CROWDER,

                        Petitioner,

    -against-

SUPERINTENDENT GARY BREEN,

                       Respondent.
-----------------------------------------------------------------X

JUDGMENT
05-CV-2556 (ARR)

       An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on October 20, 2005, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability is granted with respect to any of the petitioner's claims; it is

       ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability is granted with respect to any of the petitioner's claims.

Dated: Brooklyn, New York
        October 20, 2005

ROBERT C. HEINEMANN
Clerk of Court